Petition for Writ of Mandamus Dismissed and Opinion filed July 12, 2007








Petition
for Writ of Mandamus Dismissed and Opinion filed July 12, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00463-CV

____________

 

IN RE SEVEN SEAS PROMOTION, INC. and IRFAN MOOSA, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
4, 2007, relators Seven Seas Promotion, Inc. and Irfan Moosa filed a petition
for writ of mandamus in this Court, seeking to compel The Honorable Brady G.
Elliot to vacate a temporary injunction issued in trial court No. 07-CV-155637,
styled Moid Khan v. Altaf Kassam, et al., in the 268th District Court of
Fort Bend County, Texas.  See Tex.
Gov=t Code Ann '22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.  

On June
6, 2007, this Court entered an order granting relators= request for temporary relief and
staying the temporary injunction pending final decision relative to relators= petition for writ of mandamus. 
Relators have now filed a Motion to Dismiss this original proceeding on the
basis that the grant of temporary relief has rendered moot the issues presented
in their petition.








This
Court finds that relators= motion is well-founded and should be in all things granted. 
Accordingly, the petition for writ of mandamus is hereby dismissed.

PER CURIAM

Petition Dismissed and Memorandum
Opinion filed July 12, 2007.

Panel consists of Justices Yates,
Edelman, and Seymore.